**No. 09-9616. Teresa Aguilar, Petitioner v. Selman Breitzman, LLP, et al.**

559 U.S. 1098, 130 S. Ct. 2386, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3603, ■

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9620. Salame M. Amr, Petitioner v. Virginia State University, et al.**

559 U.S. 1098, 130 S. Ct. 2386, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3483, ■

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 331 Fed. Appx. 194.

**No. 09-9622. Jennifer Leigh Miller, Petitioner v. Anheuser Busch, Inc.**

559 U.S. 1099, 130 S. Ct. 2387, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3511, ■

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 348 Fed. Appx. 547.

**No. 09-9636. Ahmad Waller, Petitioner v. Bruce Hauck, Warden, et al.**

559 U.S. 1099, 130 S. Ct. 2387, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3502.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9639. Edward Eugene Young, Petitioner v. Rhode Island, et al.**

559 U.S. 1099, 130 S. Ct. 2387, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3620, ■

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9653. Johnnie Wardlow, Petitioner v. United States.**

559 U.S. 1099, 130 S. Ct. 2387, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3662.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 355 Fed. Appx. 354.

**No. 09-9660. Curtis Smiley, Petitioner v. United States.**

559 U.S. 1099, 130 S. Ct. 2387, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3528.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 302.

**No. 09-9691. Adam Michael Bauer, Petitioner v. Michigan.**

559 U.S. 1099, 130 S. Ct. 2387, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3507.

April 26, 2010. Petition for writ of certiorari to the Circuit Court of Michigan, Kent County, denied.